This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SETON FAMILY TRUST INTERESTS by TRUSTEE RICHARD A. VAN AUKEN; and RICHARD A. VAN AUKEN,**

Plaintiff-Appellants,

**v.**                                                 **NO. 30,087**

**PETER F. WIRTH, ESQ.; FLETCHER R. CATRON, ESQ., CATRON, CATRON & POTTOW, P.A.; SAWTELL, WIRTH & BIEDSCHEID, P.C.; MICHAEL T. POTTOW, ESQ.; BRYAN P. BIEDSCHEID, ESQ; W. ANTHONY SAWTELL, ESQ; THOMAS B. CATRON, ESQ.; JOHN S. CATRON, ESQ.; KAREN AUBREY, ESQ.; BRIGGS CHENEY, ESQ.; PREBYTERIAN MEDICAL SERVICES FOUNDATION; MARIE HARRISON; and DOES 1 THROUGH 20 INCLUSIVE,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**James A. Hall, District Judge**

Seton Family Trust Interests by Trustee
Richard A. Van Auken
Santa Fe, NM

Pro Se Appellant

Law Office of Karen Aubrey

Karen Aubrey

Santa Fe, NM

for Appellee Karen Aubrey

Law Office of Jack Brant, P.C.

John M. Brant

Albuquerque, NM

for Appellees

Catron, Catron and Pottow, P.A.

Sawtell, Wirth & Biedscheid

Peter F. Wirth

Michael T. Pottow

Fletcher R. Catron

Bryan P. Biedscheid

W. Anthony Sawtell

Thomas B. Catron

John S. Catron

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Plaintiffs appeal from an order granting a protective order to Defendant Karen Aubrey. [DS 2] We issued a notice of proposed summary disposition proposing to dismiss the appeal for lack of a final order and mootness. Plaintiffs filed a timely memorandum in support agreeing with our proposed analysis. [MIS 2] Plaintiffs also filed a motion requesting this Court to consolidate this appeal with No. 30,215. [MIO 2-3] For the reasons in the notice of proposed disposition, we dismiss this appeal. By separate order, we also deny the motion to consolidate.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____
**ROBERT E. ROBLES, Judge**

_____
**LINDA M. VANZI, Judge**

3